UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:07-cr-21-T-23TGW

MAYELIN PEREZ
ROMELIO EVORA
                                                                    /

### ORDER

The defendants moved (Docs. 321, 326) to suppress evidence and the United States responded (Docs. 357, 358).  The court referred (Docs. 332, 333) the motions to Magistrate Judge Thomas G. Wilson, who conducted a hearing and issued his report and recommendation (Doc. 414).  No party filed an objection to the report and recommendation.

Upon consideration, the court adopts the report and recommendation.  The defendants' motions to suppress evidence (Docs. 321, 326) are **DENIED**.

ORDERED in Tampa, Florida, on May 16, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE